IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES MICHAEL HASSINGER,<br><br>                    Petitioner,<br><br>   v.<br><br>DERREL ADAMS, Warden,<br><br>                    Respondent. | C 05-1011 WHA<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until November 12, 2005, to file its answer to the petition for writ of habeas corpus and indexed exhibits thereto. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer.

DATED:      September 16 , 2005.

_____
WILLIAM H. ALSUP
United States District Judge