**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    CHARLES MICHAEL HASSINGER,                No. C 05-01011 WHA

11              Petitioner,

12       v.                                      **ORDER DENYING REQUESTS
                                                 FOR EVIDENTIARY HEARING**
13    DERREL ADAMS, Warden,                      **AND ORAL ARGUMENT**
      Substance Abuse and Treatment Center,
14    Corcoran, California,

15              Respondent.
                                              /
16

17         After the Court posted the denial of Charles Michael Hassinger's petition for a writ of

18    habeas corpus, he filed requests for an evidentiary hearing and for oral argument.  Those

19    requests are **DENIED AS MOOT** because there was no petition pending at the time the requests

20    were made.

21         As required by Rule 8(a) of the Rules Governing Section 2254 Cases in the United

22    States District Courts, this Court already had examined the record and determined that no

23    evidentiary hearing was warranted.

24         Habeas Corpus Local Rules 2254-7(a) and 2254-8(a) both provide that parties to a

25    habeas action must make requests for evidentiary hearings and oral arguments within fifteen

26    days of the filing of the traverse, if ever.  In the instant case, the denial of the petition was filed

27    within eleven days of filing of the traverse.  Petitioner's rights under the Local Habeas Corpus

28    Rules were not impacted adversely by having fewer fifteen days after the filing of the traverse

      to make his requests.  *First*, nothing in those rules divested the Court of its power to decide the

United States District Court

For the Northern District of California

1    petition in less than fifteen days. *Second*, under Rule 2254-1, "[t]he application of these rules to

2    a particular petition may be modified by the Judge to whom the petition is assigned." To the

3    extent that this Court's orders are arguably inconsistent with Rules 2254-7(a) and 2254-8(a), if

4    at all, their application to Mr. Hassinger's petition is modified to allow a decision on the merits

5    to be filed before the fifteen-day period has passed.

6

7        **IT IS SO ORDERED.**

8

9    Dated:  February 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2